UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         Case No.  8:12-cr-274-T-30TGW

DEAN COUNCE

### *AMENDED* PRELIMINARY ORDER OF FORFEITURE
### FOR SUBSTITUTE ASSETS

THIS CAUSE comes before the Court upon the United States' Motion for an *Amended* Preliminary Order of Forfeiture (Doc. 29) for the following substitute assets in partial satisfaction of defendant Dean Counce's $12,774,102.00 forfeiture money judgment, due to a clerical error in the legal description of 5411 Golddust Road, Brooksville, Florida:

> a.  The real property, including all improvements thereon and appurtenances thereto, located at 5403 Golddust Road, Brooksville, Florida, which is legally described as follows:
>
> That portion of the premises described both in that certain Quitclaim Deed recorded in O.R. Book 2827, page 526-27 and in that certain Quitclaim Deed recorded in O.R. Book 2838, Page 1607, of the Public Records of Hernando County, to wit;
>
> **PARCEL 30-A-2:**
>
> Commence at the NW corner of the SW 1/4 of Section 3, Township 23 South, Range 18 East, Hernando County, Florida, Go thence along the West line of said SW 1/4, S 00°06'29" W, a distance of 332.80 feet; thence run S 89°51'27" E, a distance of 1324.92 feet to the centerline of a 30-foot road (unimproved); continue thence S 89°51'27" E, a distance of 15.00 feet to the East right-of-way line of said 30-foot road; continue thence S 89°51'27" E, a distance of 622.15 feet to the West right-of-way line of Golddust Road, as it is now established; thence run along the said West right-of-way line, S 00°14'42" W, a distance of 116.31 feet to the POINT OF BEGINNING;

    continue thence S 00°14'42" W, a distance of 216.98 feet to the South line of Block 30, Florida Fruit Groves, Inc., thereof as recorded in Plat Book 3, Page 28 of the Public Records of Hernando County, Florida; thence along said South line, N 89°50'05" W, a distance of 255.86 feet; thence run N 00°14'42" E, a distance of 105.70 feet; thence run N 52°38'34" E, a distance of 182.71 feet; thence run S 89°50'06" E, a distance of 111.11 feet, to the POINT OF BEGINNING. Containing 1.09 Acres, m.o.l.

    Parcel Identification Number: R03-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-0000-30A1;

  b. The real property, including all improvements thereon and appurtenances thereto, located at 5411 Golddust Road, Brooksville, Florida, which is legally described as follows:

    Tract No. 30-A, Hernando Highlands, Being f/k/a the South ½ of Block 30, Florida Fruit Groves, Inc., a Subdivision of the South ½ of Section 3, Township 23 South, Range 18 East, Hernando County, Florida; said subdivision being recorded in Plat Book 3, Page 28, of the Public Records of Hernando County, Florida.

**LESS**

    **PARCEL 30-A-2**, more particularly described in ¶ a. above.

    Parcel Identification Number: R03-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-0000-030; and

  c. Miscellaneous jewelry, to include one silver watch, one gold watch, and one gold bracelet.

Being fully advised in the premises, the Court hereby finds:

  1. On November 20, 2012, the United States filed a Motion for a Forfeiture Money Judgment and Preliminary Order of Forfeiture for Substitute Assets, requesting a personal money judgment against Dean Counce in the amount of $12,774,102.00, representing the amount of proceeds he obtained as a result of the conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, for which he was convicted as charged in Count

One of the Information, and a Preliminary Order of Forfeiture for the real properties located at 5403 and 5411 Golddust Road, Brooksville, Florida, and miscellaneous jewelry as substitute assets in partial satisfaction of the money judgment.  Doc. 16.

2. On November 27, 2012, the Court granted the United States' motion and entered a Forfeiture Money Judgment against the defendant in the amount of $12,774,102.00, and a Preliminary Order of Forfeiture for the real properties located 5403 and 5411 Golddust Road, Brooksville, Florida, and miscellaneous jewelry as substitute assets in partial satisfaction of the money judgment.  Doc. 17.

3. On February 20, 2013, Dean Counce was sentenced, and the Forfeiture Money Judgment and Preliminary Order of Forfeiture for Substitute Assets was included in the Judgment.  Docs. 22, 23.

4. The legal description for the real property located at 5411 Golddust Road, Brooksville, Florida contained a clerical error.  Accordingly, it is hereby

ORDERED that for good cause shown, the United States' motion (Doc. 29) is GRANTED.

Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), Rule 32.2(e)(1)(B) and Rule 36, Federal Rules of Criminal Procedure, all right, title, and interest of defendant Dean Counce in the assets described above are FORFEITED to the United States of America for disposition according to law, as substitute assets in partial satisfaction of the defendant's $12,774,102.00, which was entered on November 27, 2012 (Doc. 17).

3

The $12,774,102.00 forfeiture money judgment shall remain in full force and effect until satisfied, or until it expires, whichever comes first. The defendant's money judgment shall be credited with the net proceeds from the sale of the forfeited assets.

**DONE** and **ORDERED** in Tampa, Florida on March 27, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

F:\Docs\2012\12-cr-274.Amended Forfeit Order 29.wpd