UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.  8:12-cr-274-T-30TGW

DEAN COUNCE


**FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSETS**

THIS CAUSE comes before the Court upon the filing of the Motion by the

United States for a Final Judgment of Forfeiture for Substitute Assets (Doc. 34),

pursuant to 21 U.S.C. § 853(n)(7), for the following assets in partial satisfaction of

Counce's $12,774,102.00 forfeiture money judgment:

> a. The real property, including all improvements thereon and
> appurtenances thereto, located at 5403 Golddust Road,
> Brooksville, Florida, which is legally described as follows:
>
> That portion of the premises described both in that certain
> Quitclaim Deed recorded in O.R. Book 2827, page 526-27 and
> in that certain Quitclaim Deed recorded in O.R. Book 2838,
> Page 1607, of the Public Records of Hernando County, to wit;
>
> **PARCEL 30-A-2**:
>
> Commence at the NW corner of the SW 1/4 of Section 3,
> Township 23 South, Range 18 East, Hernando County, Florida,
> Go thence along the West line of said SW 1/4, S 00°06'29" W,
> a distance of 332.80 feet; thence run S 89°51'27" E, a distance
> of 1324.92 feet to the centerline of a 30-foot road
> (unimproved); continue thence S 89°51'27" E, a distance of
> 15.00 feet to the East right-of-way line of said 30-foot road;
> continue thence S 89°51'27" E, a distance of  622.15 feet to
> the West right-of-way line of Golddust Road, as it is now
> established; thence run along the said West right-of-way line,
> S 00°14'42" W, a distance of 116.31 feet to the POINT OF

BEGINNING; continue thence S 00°14'42" W, a distance of 216.98 feet to the South line of Block 30, Florida Fruit Groves, Inc., thereof as recorded in Plat Book 3, Page 28 of the Public Records of Hernando County, Florida; thence along said South line, N 89°50'05" W, a distance of 255.86 feet; thence run N 00°14'42" E, a distance of 105.70 feet; thence run N 52°38'34" E, a distance of 182.71 feet; thence run S 89°50'06" E, a distance of 111.11 feet, to the POINT OF BEGINNING. Containing 1.09 Acres, m.o.l.

Parcel Identification Number: R03-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-0000-30A1;

b.   The real property, including all improvements thereon and appurtenances thereto, located at 5411 Golddust Road, Brooksville, Florida, which is legally described as follows:

Tract No. 30-A, Hernando Highlands, Being f/k/a the South ½ of Block 30, Florida Fruit Groves, Inc., a Subdivision of the South ½ of Section 3, Township 23 South, Range 18 East, Hernando County, Florida; said subdivision being recorded in Plat Book 3, Page 28, of the Public Records of Hernando County, Florida.

**LESS**

**PARCEL 30-A-2**, more particularly described in ¶ a. above.

Parcel Identification Number: R03-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-0000-030; and

c.   Miscellaneous jewelry, to include one silver watch, one gold watch, and one gold bracelet.

Being fully advised in the premises, the Court finds that on March 27, 2013, an Amended Forfeiture Money Judgment and Preliminary Order of Forfeiture for Substitute Assets was entered, forfeiting to the United States all right, title, and interest of defendant Counce in the assets.  Doc. 30.

2

The Court further finds that defendant Counce was sentenced, and the Forfeiture Money Judgment and Preliminary Order of Forfeiture for Substitute Assets was included in the Judgment.  Docs. 22, 23.

The Court further finds that no person or entity other than defendant Counce, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture for Substitute Assets, the Hillsborough County Tax Collector and Stock Building Supply of Florida, LLC, are known to have an interest in the assets.  No third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The Court further finds that the United States sent notice of the forfeiture to all third parties known to have a potential interest in the assets including the Hernando County Tax Collector and Stock Building Supply of Florida, LLC.

The Court further finds that the United States and the Tax Collector entered into a Stipulated Settlement Agreement to settle the claim of the Tax Collector for *ad valorem* real property taxes and *non-ad valorem* assessments for the following real properties.  Doc. 32.

Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 34) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the assets is

CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on June 3, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Parties/Counsel of Record

F:\Docs\2012\12-cr-274 FJ Dean Counce 34.wpd

4